**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDGAR FORD,

    Plaintiff,

vs.                              CASE NO. 6:07-CV-1516-ORL-19KRS

METRO CORRAL PARTNERS, LLC,
d/b/a Golden Corral, ERIC A. HOLM,

    Defendants.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed October 28, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 25, filed October 21, 2008) is **GRANTED.** The compensation Plaintiff will receive pursuant to the Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. The Court declines to reserve jurisdiction to enforce the settlement agreement. This case is **DISMISSED WITH PREJUDICE as to all parties,** and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   17th   day of November, 2008.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record